1  PHILLIP A. TALBERT
   United States Attorney
2  DENISE N. YASINOW
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO.
                                       | 2:22-CR-0015 WBS
12 |              Plaintiff,            | 2:22-CR-0239 WBS
13 |        v.                         | STIPULATION REGARDING CHANGE OF PLEA
                                       | HEARING; ORDER
14 | ERIC MICHAEL JAKLITSCH,           |
                                       | DATE: January 9, 2023
15 |              Defendant.            | TIME: 9:00 a.m.
                                       | COURT: Hon. William B. Shubb
16

17
                                **STIPULATION**
18
       1.     By previous order, a status conference was set for January 9, 2023, in the matter 2:22-cr-
19
   0015. *See* 2:22-cr-0015, ECF 38.
20
       2.     On December 8, 2022, this Court adopted newly transferred case 2:22-cr-0239 and
21
   deemed it related to the previous case. *See* 2:22-cr-0015, ECF 41; 2:22-cr-0239, ECF 3.
22
       3.     By this stipulation, the parties request that the status conference set for January 9, 2023,
23
   in 2:22-cr-0015 be converted into a change-of-plea hearing. The parties also request that, at that same
24
   hearing, the Court arraign defendant on the Information found at 2:22-cr-0239, allow him to waive
25
   Indictment, and conduct a change-of-plea hearing.
26
       IT IS SO STIPULATED.
27

28

   STIPULATION REGARDING CHANGE-OF-PLEA HEARING          1

Dated:  December 12, 2022								PHILLIP A. TALBERT
										United States Attorney

										/s/ DENISE N. YASINOW
										DENISE N. YASINOW
										Assistant United States Attorney

Dated:  December 12, 2022								/s/ ALEX KESSEL
										Alex Kessel
										Counsel for Defendant
										ERIC MICHAEL JAKLITSCH

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CHANGE-OF-PLEA HEARING         2