PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-CR-00015-WBS |
|---|---|
| Plaintiff, | 2:22-CR-00239-WBS |
| v. | FINAL ORDER OF FORFEITURE |
| ERIC MICHAEL JAKLITSCH, | |
| Defendant. | |

On May 22, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Eric Michael Jaklitsch forfeiting to the United States the following property:

    a.    Approximately $31,091.00 in U.S. Currency, and
    b.    Miscellaneous bank cards and gift cards.

Beginning on June 10, 2023 and June 16, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Eric Michael Jaklitsch.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

I TIS SO ORDERED.

Dated:  September 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE